IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYZAHAE DAVENPORT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-5070 |
| | : | |
| MARILYN BROOKS, | : | |
| THE ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA and | : | |
| THE DISTRICT ATTORNEY'S OFFICE | : | |
| OF PHILADELPHIA | : | |

## ORDER

**AND NOW**, this 14th day of April, 2014, upon consideration of Petitioner's "Independent Action for Relief from Final Order Or, in the Alternative, Motion for Relief From Final Order Pursuant to Rule 60 F.R.Civ.P." (Document No. 20) and, after oral argument, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.